**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6160**

_____

DAVID MICHAEL SCATES,

               Petitioner - Appellant,

     v.

TRACY W. JOHNS, Warden,

               Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever, III, Chief District Judge. (5:11-hc-02047-D)

_____

Submitted: May 31, 2012          Decided: June 6, 2012

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

David Michael Scates, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Michael Scates, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2011) petition and his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Scates v. Johns, No. 5:11-hc-02047-D (E.D.N.C. Oct. 26, 2011; Jan. 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED